THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:02-cr-00022-MR-DLH-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARIO CABRERA AQUIRRE, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Indictment [Doc. 135].

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 135] is **GRANTED**, and the Bill of Indictment in the above-captioned case, as it relates to the Defendant Mario Cabrera Aquirre only, is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to provide copies of this Order to counsel for the Government, the U.S. Marshals Service, and the U.S. Probation Office.

**IT IS SO ORDERED.**     Signed: June 9, 2016

*[signature]*

Martin Reidinger
United States District Judge